**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF: J.C.S. | : No. 88 WAL 2024 |
| | : |
| | : |
| PETITION OF: T.S., MOTHER | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.